[No. 7285–4–I.   Division One.   May 5, 1980.]

THE CITY OF TUKWILA, *Respondent,* v. REYNEAU
FLETCHER–PATTERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86116, Norman B. Ackley, J., entered
December 18, 1978. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by James, A.C.J., and Andersen,
J.

[No. 7378–8–I.   Division One.   May 5, 1980.]

HOWARD H. COLE, ET AL, *Appellants,* v. P.M.G.
INVESTMENTS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 827622, Herbert M. Stephens, J., entered Jan-
uary 19, 1979. *Reversed* and *remanded* by unpublished
opinion per Ringold, J., concurred in by Swanson and
Durham–Divelbiss, JJ.

[No. 7045–2–I.   Division One.   May 12, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RICK
LAIR, *Defendant,* DIANE WEBB,
*Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9891, Jack S. Kurtz, J., entered
October 19, 1978. *Affirmed* by unpublished opinion per
Callow, C.J., concurred in by Williams and Ringold, JJ.